**No. 61237.**—Chelsea Lamp & Shade Co., Inc. *v.* United States, protests 180502–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 61238.**—F. H. Kaysing *v.* United States, protests 180727–K, 181178–K, and 191890–K (St. Louis).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 61239.**—Hudson Art Importing Co., Inc., et al. *v.* United States, protests 275657–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, were held dutiable at 20 percent under paragraph 1547 (a) of the tariff act, and the items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, were held dutiable at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), for "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."

**No. 61240.**—Western European Import Co. *v.* United States, protests 286267–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures the same in all material respects as